UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ZOILA LOPEZ,
And other similarly situated care consultants

       Plaintiff,

vs.

CASE NO.: _____

SEASONS HOSPICE & PALLIATIVE CARE
OF SOUTHERN FLORIDA, INC., AND
TODD A. STERN, INDIVIDUALLY

       Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Seasons Hospice and Palliative Care, Inc. and Todd A. Stern, ("Defendants"), hereby removes this action to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446 from the Eleventh Judicial Circuit Court for Miami-Dade County, Florida. The removal is based on the existence of a claim arising under federal law, and this Court therefore has original subject matter jurisdiction over the case pursuant to 28 U.S.C. § 1331.

The specific grounds for removal are the following:

**1.** **State Court Action**

Plaintiff commenced this action on or about December 18, 2015, by filling a Complaint in the Circuit Court of the Eleventh Judicial Circuit for Miami-Dade County, Florida. The Complaint is captioned *Zoila Lopez v. Seasons Hospice and Palliative Care of Southern Florida, Inc., et al.*, Case No. 2015-029435-CA-01 (the "state court action"), and purports to assert two identical claims for unpaid minimum and overtime wages under the Fair Labor Standards Act

("FLSA"), 29 U.S.C. §§ 201 *et seq.*, one against the corporate defendant and one against the individual defendant.

Copies of the Summons and Complaint were served on the Defendant's registered agent on or about February 9, 2016.

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants in the state court action are annexed hereto as **Exhibit 1**.

### 2. Basis for Removal

Because Plaintiff's Complaint asserts claims arising under federal law, this Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331. As such, this action is removable pursuant to 28 U.S.C. § 1441(a).

### 3. Timeliness of Notice of Removal

Removal is timely under 28 U.S.C. § 1446(b) because the Defendants are removing the case within 30 days after its receipt of a copy of the initial pleading. Defendants first received notice of the Complaint when it and the Summons were served on or about February 9, 2016. Removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

### 4. Venue

Venue is proper in the Southern District of Florida because the case is being removed from the Circuit Court in Miami-Dade County, Florida. See 28 U.S.C. § 1446(a).

### 5. Relief Requested

Defendants request that the United States District Court for the Southern District of Florida assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the state Circuit Court for Miami-Dade County and is annexed hereto as **Exhibit 2**.

Dated this 29th day of February, 2016.

    Respectfully submitted,

    Ogletree, Deakins, Nash,
    Smoak & Stewart, P.C.
    701 Brickell Avenue
    Suite 1600
    Miami, FL  33131
    Telephone: (305) 374-0506
    Direct Dial: (305) 455-3702
    Facsimile: (305) 374-0456

    s/ Michael R. Tricarico
    Michael R. Tricarico
    Florida Bar No. 0937071
    michael.tricarico@ogletreedeakins.com
    Paul DeBoe
    Florida Bar No. 52051
    paul.deboe@ogletreedeakins.com

    *Counsel for Defendants, Seasons Hospice & Palliative Care of Southern Florida, Inc. and Todd Stern*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 29, 2016, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/ *Michael R. Tricarico*
                                                   Michael R. Tricarico

## SERVICE LIST

*Zoila Lopez vs. Seasons Hospice and Palliative Care of Southern Florida, Inc., et al.*
CASE NO. _____
Unites States District Court for the Southern District of Florida

           Jason S. Remer
           jremer@rgpattorneys.com
           REMER & GEORGES-PIERRE, PLLC,
           44 West Flagler Street
           Suite 2200
           Miami, Florida 33130
           Telephone:  305.416.5000
           Facsimile:  305.416.5005

           *Counsel for Plaintiff, Zolia Lopez*

           Method of Service: *CM/ECF*

           Michael R. Tricarico
           micahel.tricarico@ogletreedeakins.com
           OGLETREE, DEAKINS, NASH,
            SMOAK & STEWART, P.C.
           701 Brickell Avenue, Suite 1600
           Miami, Florida 33131-2813
           Telephone:  305.374.0506
           Facsimile:  305.374.0456

           *Counsel for Defendants,*
           *Seasons Hospice & Palliative Care of Southern*
           *Florida, Inc. and Todd Stern*

20674620.1