## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO:  16-cv-20739-CIV-JLK

**ZOILA LOPEZ,**
**and similarly-situated individuals**

     **Plaintiff(s)**

**vs.**

**SEASONS HOSPICE & PALLIATIVE**
**CARE OF SOUTHERN FLORIDA**, **INC.** *et. al.*,

     **Defendants.**

_____/

### NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, and pursuant to S.D. FLA. L.R. 16.2(F)(2), hereby gives notice of a full settlement of all issues between the parties.  The parties will file a Joint Motion for Approval of the Settlement Agreement once the terms are finalized. In the interim, the Parties request a stay of all remaining deadlines in this case.

Respectfully submitted on March 2016

         **/s/ Brody M. Shulman_____**
         Jason S. Remer, Esq.
         Florida Bar No.: 0165580
         E-mail: jremer@rgpattorneys.com
         Brody M. Shulman, Esq.
         Florida Bar No.: 029044
         E-mail: bshulman@rgpattorneys.com

         REMER & GEORGES-PIERRE, PLLC
         44 West Flagler Street
         Suite 2200
         Miami, Florida  33130
         Tel: (305) 416-5000
         Fax: (305) 416-5005
         Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: **s/ Brody M. Shulman**_____
      Jason S. Remer, Esq.
      Brody M. Shulman, Esq.

**SERVICE LIST**
Michael R. Tricarico, Esq.
michael.tricarico@ogletreedeakins.com
Paul DeBoe , Esq.
paul.deboe@ogletreedeakins.com

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
701 Brickell Avenue, Suite 1600
Miami, Florida 33131-2813
Telephone: 305.374.0506
Facsimile: 305.374.0456
*Counsel for Defendants,Seasons Hospice &*
*Palliative Care of Southern Florida, Inc.*
*and Todd Stern*