UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20739-CIV-KING/TORRES

ZOILA LOPEZ,
and similarly-situated individuals,

    Plaintiff,

v.

SEASONS HOSPICE & PALLIATIVE
CARE OF SOUTHERN FLORIDA, INC.,
et al.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #8) filed March 22, 2016, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **January 6, 2017** and the **Trial** previously set for **March 20, 2017** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 23rd day of March, 2016.

                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record